STATE OF OKLAHOMA )
)
COUNTY OF GARFIELD )

# AFFIDAVIT

I John E. Jamieson of 925 Freeland Dr. Enid, OK being first duly sworn, depose and state that: on or about the 11 day of May 2007 my daughter Heather and I visited the law office of attorney John Camp and retained his services. Knowing that he also represented my son, Jeremiah D. Jamieson, I asked him questions concerning his case and the direction he saw the case going. He informed me the county had set precedence in what he said was a similar case regarding an air force member who and killed his wife while the children were still present in the home. I latter learned the members last name was Winderwidle or something to that effect. I asked him what was the best we could hope for and he shared that the air force member plea bargained for something less than 20 years and he hoped he could convince the DA to do the same. Much to my surprise Mr. Camp made reference to this air force member and his punishment during the sentencing phase for my son.

(Signature of Affiant)

Subscribed and sworn to before me this 15th day of December, 2009.

(Notary Public)

My Commission Expires:07/21/2013

My Number: 05006675

Exhibit A