IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEREMIAH D. JAMIESON, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | Case No. CIV-10-1176-M |
| JUSTIN JONES, Director, | ) ) ) | |
| Respondent. | ) | |

## ORDER

On April 5, 2011, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for a writ of habeas corpus be denied. The parties were advised of their right to object to the Report and Recommendation by April 26, 2011. After receiving an extension of time, petitioner filed his objection on May 9, 2011. In his objection, petitioner objects to the Report and Recommendation in its entirety.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on April 5, 2011;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 16th day of May, 2011.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE